IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRANDI EDWARDS and SASCHA OLEMAN, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:18-cv-00253 |
| v. | § § § | |
| PMS PROPERTY, LLC and ROBERT MICHAEL PARKER, | § § § | |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

COME NOW, all Plaintiffs and all Defendants, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of all claims and causes of action that Plaintiffs have asserted in this cause against Defendants, with prejudice to the refiling of those claims. Each party shall bear their own respective costs, attorney's fees, and expenses associated with this matter.

Respectfully submitted,

/s/ Kerry O'Brien

Kerry V. O'Brien
State Bar No. 24038469
1011 Westlake Drive
Austin, Texas 78746
Phone: (512) 410-1960
Fax: (512) 410-6171
Email: ko@obrienlawpc.com

**FOR PLAINTIFFS**

/s/ James E. Griffis

James E. Griffis
State Bar No. 24036686
777 Main Street, Suite 1800
Fort Worth, Texas 76102
Phone: (817) 870-8700
Fax: (817) 332-6121
Email: jgriffis@hfblaw.com

**FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On this the 3rd day of October 2018, the foregoing document was served on Defendants' counsel of record via the CMECF case filing system:

James E. Griffis
HARRIS, FINLEY & BOGLE, P.C.
777 Main Street, Suite 1800
Fort Worth, Texas 76102
Phone: (817) 870-8700
Fax: (817) 332-6121

**COUNSEL FOR DEFENDANTS**

*/s/ Kerry O'Brien*
Kerry V. O'Brien